JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BAZAN,<br><br>    Petitioner,<br><br>    v.<br><br>W. L. MONTGOMERY, Warden,<br><br>    Respondent. | Case No. SA CV 14-1980 DMG (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: August 17, 2015

                                              _____
                                                 DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE